
PROB 12B
ED/AR (8/2002)

# United States District Court

### for the

### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 20 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Otis R. Keith                                    Case Number:  4:01CR00058-01 WRW

Name of Sentencing Judicial Officer:    Honorable William R. Wilson, Jr.
United States District Judge

Offense:                    Receiving pornographic material of a minor engaging in sexually explicit
conduct

Date of Sentence:    July 2, 2001

Sentence:               121 months Bureau of Prisons, 36 months supervised release, DNA
collection, mental health counseling, prohibition from subscribing to any
Internet provider or using the service of the Internet, and supervision to be
administered by the district where the defendant is a legal resident and/or the
district where a suitable release plan has been developed, and $100 special
penalty assessment.

Type of Supervision:    Supervised release        Date Supervision Commenced:  July 21, 2010
Expiration Date:  July 20, 2013

Asst. U.S. Attorney:  Pat Harris                       Defense Attorney:  James Wallace

U.S. Probation Officer:  Margaret N. Johnson
Phone No.:  501-604-5249

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The offender is prohibited from access to any "on-line" computer service at any location
(including employment or education) without prior written approval of the Court. This includes
any Internet Service Provider, bulletin board system, or any other public or private computer
network. Any approval shall be subject to the conditions as set by the Court.

The offender shall consent to the probation officer conducting periodic unannounced
examinations of the offender's computer system(s), which are subject to examination and
monitoring, which may include retrieval and copying of all memory from hardware/ software
and/or removal of such system(s) for the purpose of conducting a more thorough inspection. The
offender will consent to having installed on computers, which are subject to examination and
monitoring to which the offender has accessibility, at the offender's expense, any

hardware/software to monitor the offender's computer use or prevent access to particular materials. The offender hereby consents to periodic inspection of any such installed hardware/software to ensure it is functioning properly. NOTE: The U.S. Probation office will not examine or monitor a computer located at the offender's place of employment unless so ordered by the Court.

The offender shall consent to periodic and random searches of the offender's person, residence, and/or vehicle by the probation officer in conjunction with federal, state, or local law enforcement in the lawful discharge of the U.S. Probation Office's supervision function, to determine if the offender is in compliance with the Court's computer monitoring condition.

The offender shall participate in and abide by the rules of the Computer Restriction and Monitoring Program.

The offender shall provide the probation office with accurate information about the offender's entire computer system (hardware/software) and all passwords used by the offender.

The offender shall cease any use or activity on any computer subject to examination and monitoring until the computer can be processed by the Special Offender Specialist or designee to comply with the monitoring ordered by the Court.

The offender shall provide the probation officer with all requested financial documents to monitor the offender's compliance with the computer and Internet restrictions. The offender shall notify any other residents of his home that areas of the home may be subject to search.

The offender shall not view, purchase, possess or distribute any form of pornography depicting sexually explicit conduct defined in 18 U.S.C. § 2256(2), or frequent any place where such material is the primary product for sale or entertainment is available.

The offender shall participate in mental health counseling specializing in sexual offender treatment under the guidance and supervision of the probation officer and abide by the rules, requirements, and conditions of the treatment program.

The offender is prohibited from engaging in an occupation or volunteer position that would require or enable him to have direct or indirect supervision of or contact with children under the age of 18.

The offender shall have no direct contact with any children under the age of 18 unless accompanied by and supervised by an adult who has been approved in advance by the sex offender treatment counselor and the supervising probation officer. The offender shall immediately report any unauthorized contact with children to the sex offender treatment counselor and to the probation officer.

The offender shall register with the local probation and parole office as a registered sex offender within 72 hours of release from imprisonment. The nearest office is located at 1101 Atkinson Hill Avenue, Bardstown, KY 40004.

## CAUSE

Keith Otis is currently incarcerated at FCI Lexington and he has a release date of July 21, 2010. On July 1, 2009, Keith Otis submitted a relocation request to the Western District of Kentucky seeking permission to relocate to Hodgensville, Kentucky, to live with his wife. The Western District of Kentucky rejected the defendant's request based on the district's requirements regarding sex offenders and special condition. The Western District of Kentucky advised it will accept the relocation request if conditions of supervision are modified as noted above. Mr. Otis executed a Prob 49, Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision which is attached. Defense counsel has no objections.

_____
Margaret N. Johnson
U.S. Probation Officer

Date: April 15, 2010

_____
Pat Harris
Assistant U.S. Attorney

Date: 4/16/2010

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

4/20/2010

_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved by:

_____
Supervising U.S. Probation Officer

MNJ/jkr

c:  Assistant U.S. Attorney, Pat Harris, P.O. Box 1229, Little Rock, AR 72203
    Defense counsel James Wallace, 212 Center Street, Suite 100, Little Rock, AR 72201

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender is prohibited from access to any "on-line" computer service at any location (including employment or education) without prior written approval of the Court. This includes any Internet Service Provider, bulletin board system, or any other public or private computer network. Any approval shall be subject to the conditions as set by the Court.

The offender shall consent to the probation officer conducting periodic unannounced examinations of the offender's computer system(s), which are subject to examination and monitoring, which may include retrieval and copying of all memory from hardware/ software and/or removal of such system(s) for the purpose of conducting a more thorough inspection. The offender will consent to having installed on computers, which are subject to examination and monitoring to which the offender has accessibility, at the offender's expense, any hardware/software to monitor the offender's computer use or prevent access to particular materials. The offender hereby consents to periodic inspection of any such installed hardware/software to ensure it is functioning properly. NOTE: The U.S. Probation office will not examine or monitor a computer located at the offender's place of employment unless so ordered by the Court.

The offender shall consent to periodic and random searches of the offender's person, residence, and/or vehicle by the probation officer in conjunction with federal, state, or local law enforcement in the lawful discharge of the U.S. Probation Office's supervision function, to determine if the offender is in compliance with the Court's computer monitoring condition.

The offender shall participate in and abide by the rules of the Computer Restriction and Monitoring Program.

The offender shall provide the probation office with accurate information about the offender's entire computer system (hardware/software) and all passwords used by the offender.

The offender shall cease any use or activity on any computer subject to examination and monitoring until the computer can be processed by the Special Offender Specialist or designee to comply with the monitoring ordered by the Court.

The offender shall provide the probation officer with all requested financial documents to monitor the offender's compliance with the computer and Internet restrictions. The offender shall notify any other residents of his home that areas of the home may be subject to search.

The offender shall not view, purchase, possess or distribute any form of pornography depicting sexually explicit conduct defined in 18 U.S.C. § 2256(2), or frequent any place where such material is the primary product for sale or entertainment is available.

The offender shall participate in mental health counseling specializing in sexual offender treatment under the guidance and supervision of the probation officer and abide by the rules, requirements, and conditions of the treatment program.

The offender is prohibited from engaging in an occupation or volunteer position that would require or enable him to have direct or indirect supervision of or contact with children under the age of 18.

The offender shall have no direct contact with any children under the age of 18 unless accompanied by and supervised by an adult who has been approved in advance by the sex offender treatment counselor and the supervising probation officer. The offender shall immediately report any unauthorized contact with children to the sex offender treatment counselor and to the probation officer.

The offender shall register with the local probation and parole office as a registered sex offender within 72 hours of release from imprisonment. The nearest office is located at 1101 Atkinson Hill Avenue, Bardstown, KY 40004.

Witness: _____     Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

_____
Aug 11, 2009
DATE

Chuck Workman, Case Manager
"Authorized by the Act of July 7, 1955
to administer oaths (18 U.S.C 4004)"